JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **BELLA N' HARMONY, INC., a California corporation dba JOYCE MARIE OF BEVERLY HILLS,**<br><br>                                        Plaintiff,<br><br>          **v.**<br><br>**GAVIN NEWSOM, in his official capacity as Governor of California, *et al*.;**<br><br>                                        Defendants. | Case No. CV 21-01876-JFW-PVCx<br><br>**JUDGMENT** |

        Pursuant to the Court's Order Granting Defendants' Motion to Dismiss (ECF No. 38), IT IS

HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated:  July 19, 2021

_____
The Honorable John F. Walter